UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEVANTE DEGREE,

    Plaintiff,

v.                                  CIVIL ACTION NO. 24-12415-NMG

CITY OF LOWELL, et al.,

    Defendants.

REPORT AND RECOMMENDATION ON
LOWELL DEFENDANTS' MOTION TO DISMISS (#19)

KELLEY, U.S.M.J.

I. Introduction.

After numerous criminal charges and civil violations were brought against him (and later dismissed) as a result of what he claims was a campaign of harassment and intimidation, Plaintiff DeVanté DeGree sued the City of Lowell ("the City"), several Lowell Police Department ("LPD") officers, one LPD detective,[1] and one Massachusetts State Police trooper on September 20, 2024.[2] (#1.) He amended his complaint on November 27, 2024, see #11, and amended it again on December 20, 2024. See #16, "Second Amended Complaint" ("SAC"). Through the SAC's fifteen counts, Plaintiff asserts various federal and state civil rights violations and common law claims

---

[1] LPD Officers William Martir, Scott Suave, Danny Perrin, Jr., and Matthew Trani, LPD Detective Joseph Borodawka, and the City are referred to as the "Lowell Defendants." (#16 ¶¶ 7-11; #19 at 1.) Martir, Suave, Perrin, Jr., Trani, and Borodawka are referred to as the "LEO Defendants." See #16 ¶ 11.

[2] Massachusetts State Police Trooper Thomas Janeczak has filed a separate motion to dismiss. (#35.) That motion, which is not yet ripe, will be addressed through a separate report and recommendation.

*After consideration of the limited objection of defendant Danny Perrin thereto (Docket No. 49), Report and Recommendation is accepted and adopted. /s/ Nly Gorton SUSDJ 08/12/2025*