UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEVANTE DEGREE,

    Plaintiff,

v.                                                       CIVIL ACTION NO. 24-12415-NMG

THOMAS E. JANECZAK,

    Defendant.

REPORT AND RECOMMENDATION ON
DEFENDANT THOMAS JANECZAK'S MOTION TO DISMISS (#35.)[1]

KELLEY, U.S.M.J.

I. Introduction.

The Plaintiff, DeVanté DeGree, claims that from June 2015 to December 2020,[2] he was the victim of a campaign of harassment and intimidation where police charged him with numerous criminal and civil violations, all of which were dismissed or resulted in his being found not responsible. (#16 ¶¶ 1-2, 24, 59.) He alleges that the charges were brought in retaliation for his and his mother's exercising their First Amendment rights in protesting the death of a relative after an encounter with the police. *Id.* ¶¶ 12-18. Degree brought this suit against the City of Lowell ("the City"), several Lowell Police Department ("LPD") officers, an LPD detective (collectively, the "Lowell Defendants"), and a Massachusetts State Police trooper, Thomas Janeczak. (#1.) In

---

[1] This matter was referred to this court for report and recommendation. (#38.)

[2] As set out below, the four incidents which are the subject of this lawsuit actually occurred in 2020, 2022, and two in 2024. The court presumes the complaint misstates the date range of the alleged campaign of harassment.

*Report and Recommendation is accepted and adopted*

*NMGorton, SUSDJ 02/12/2026*

1